# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0583. SHARITA THOMAS v. THE STATE.**

On July 10, 2017, Sharita Thomas pleaded guilty to DUI less safe. On August 10, 2017, proceeding pro se, she filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Thomas's notice of appeal is untimely, as it was filed 31 days after entry of the trial court's order. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/01/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*